IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>INFORMATION ASSOCIATED WITH CELLULAR TELEPHONE ASSIGNED CALL NUMBER (786) 409-1235 AND IMEI NUMBER 353308087532453, THAT IS STORED AT PREMISES CONTROLLED BY VERIZON WIRELESS | RECEIVED<br>2021 APR 13 P 1:52<br>Case No. 2:19-mj-108-SRW<br>DEBRA P. HACKETT, CLK<br>U.S. DISTRICT COURT<br>MIDDLE DISTRICT ALA<br>**Filed Under Seal** |

## MOTION TO UNSEAL

**COMES NOW** the United States of America, by and through Sandra J. Stewart, Acting United States Attorney for the Middle District of Alabama, and respectfully moves the Court to Unseal Case No. 2:19-mj-108-SRW, which includes the Search Warrant and its supporting documents filed on April 12, 2019, in the above captioned case. The information and evidence obtained pursuant to the warrant is now due to be disclosed as a part of discovery as an indictment has been returned against the subject of the warrant.

Respectfully submitted this 13th day of April, 2021.

SANDRA J. STEWART
ACTING UNITED STATES ATTORNEY

/s/ Brandon W. Bates
Brandon W. Bates
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104